```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-53931-659  Chapter 13
      JUDITH M HAUSNER              )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                      Debtor(s)     ) set for Feb 03, 2011 11:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   PARAGRAPH 4 CONTAINS TYPO.
3. AMEND BUDGET TO REFLECT DEDUCTIONS FOR MEDICAL INSURANCE AND RETIREMENT ON B22C.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

|  |  |
|---|---|
| KLW-221 | /s/ John V. LaBarge, Jr.<br>--------------------------------<br>John V LaBarge Jr |
| Copy served on the following either through the Court's ECF system or by ordinary mail on January 6, 2011   : | Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143    (314) 781-8100<br>trust33@ch13stl.com   Fax:(314) 781-8881 |

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

JUDITH M HAUSNER
212 SLOVER LN
ARNOLD MO  63010